IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROSALYN DENICE WHITING

v.                              5:11CV00070 KGB

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                              Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this __22__ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE